# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2011 MAR 24 AM 10:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ alk _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>RAMON ROMERO-GALVEZ (1),<br><br>                  Defendant. | CASE NO. 10CR4819-BEN<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offenses of the Indictment: **TITLE 18 U.S.C. §922(a)(1)(A); TITLE 21 U.S.C. §841(a)(1).**

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 14, 2011

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE